## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jennifer E Moser                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-11765 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of SENECA MORTGAGE SRVC LLC and index same on the master mailing list.

                                                   Respectfully submitted,

/s/ *Denise Carlon*
PA Eastern BK
25 Jul 2024, 16:06:53, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322