**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**
Period Start Date  05/12/2024
Period End Date   05/25/2024
Pay Date          05/23/2024
Document          124185

**Net Pay          $1,331.67**

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | | | |
|---|---|---|---|
| Employee Number | 312498 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | Headquarters |
| Job | Deposit Ops Item Pro Spec | Region | PAREG - PENNSYLVANIA |
| Pay Rate | $24.4007 | Division | D04000 - OPERATIONS |
| Pay Frequency | Biweekly | Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.000000 | $0.0000 | $0.00 | $195.21 |
| GTL Imputed Inc | | | $2.16 | $23.64 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $794.73 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $1,824.38 |
| Paid Time Off | 4.000000 | $24.4007 | $97.60 | $97.60 |
| Regular Pay | 75.750000 | $24.4007 | $1,848.35 | $20,741.37 |

Total Hours  79.750000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $0.00 | $307.62 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $0.00 | $598.99 | $0.00 | $0.00 |
| Dental | Yes | $11.17 | $122.87 | $26.06 | $286.66 |
| EE Sup Life | No | $6.78 | $74.58 | $0.00 | $0.00 |
| Group Term Life | No | $2.16 | $23.64 | $0.00 | $0.00 |
| Medical | Yes | $182.24 | $1,985.68 | $657.61 | $7,258.23 |
| Vision | Yes | $4.12 | $45.32 | $0.00 | $0.00 |
| Vol Child Life | No | $0.37 | $4.07 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $598.99 |
| Basic EE Life | No | $0.00 | $0.00 | $2.50 | $27.42 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.71 | $7.79 |
| Basic LTD | No | $0.00 | $0.00 | $3.14 | $34.45 |
| Basic STD | No | $0.00 | $0.00 | $5.27 | $57.82 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $153.61 | $1,806.98 |
| Employee Medicare | $25.39 | $320.58 |
| Social Security Employee Tax | $108.54 | $1,370.74 |
| FA State Income Tax | $53.68 | $678.00 |
| PHILA NR | $67.02 | $834.65 |
| FA Unemployment Employee | $1.36 | $16.97 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $1,331.67 |
| Total | | $1,331.67 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,948.11 | $1,750.58 | $409.60 | $206.84 | **$1,331.67** |
| YTD | $24,262.56 | $21,509.70 | $5,027.92 | $3,162.77 | $16,071.87 |

**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**
Period Start Date 04/28/2024
Period End Date 05/11/2024
Pay Date 05/09/2024
Document 123762

**Net Pay** $1,365.00

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | | | |
|---|---|---|---|
| Employee Number | 312498 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | Headquarters |
| Job | Deposit Ops Item Pro Spec | Region | PAREG - PENNSYLVANIA |
| Pay Rate | $24.4007 | Division | D04000 - OPERATIONS |
| Pay Frequency | Biweekly | Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.000000 | $0.0000 | $0.00 | $195.21 |
| GTL Imputed Inc | | | $2.16 | $21.48 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 1.000000 | $36.6011 | $36.60 | $794.73 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $1,824.38 |
| Regular Pay | 0.100000 | $24.4007 | $2.44 | |
| Regular Pay | 80.000000 | $24.4007 | $1,952.06 | $18,893.02 |

Total Hours  81.100000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $0.00 | $307.62 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $0.00 | $598.99 | $0.00 | $0.00 |
| Dental | Yes | $11.17 | $111.70 | $26.06 | $260.60 |
| EE Sup Life | No | $6.78 | $67.80 | $0.00 | $0.00 |
| Group Term Life | No | $2.16 | $21.48 | $0.00 | $0.00 |
| Medical | Yes | $182.24 | $1,803.44 | $657.61 | $6,600.62 |
| Vision | Yes | $4.12 | $41.20 | $0.00 | $0.00 |
| Vol Child Life | No | $0.37 | $3.70 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $598.99 |
| Basic EE Life | No | $0.00 | $0.00 | $2.50 | $24.92 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.71 | $7.08 |
| Basic LTD | No | $0.00 | $0.00 | $3.14 | $31.31 |
| Basic STD | No | $0.00 | $0.00 | $5.27 | $52.55 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $159.03 | $1,653.37 |
| Employee Medicare | $26.04 | $295.19 |
| Social Security Employee Tax | $111.33 | $1,262.20 |
| PA State Income Tax | $55.06 | $624.32 |
| PHILA NR | $68.57 | $767.63 |
| PA Unemployment Employee | $1.39 | $15.61 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $1,365.00 |
| Total | | $1,365.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,993.26 | $1,795.73 | $421.42 | $206.84 | **$1,365.00** |
| YTD | $22,314.45 | $19,759.12 | $4,618.32 | $2,955.93 | $14,740.20 |

**REPUBLIC BANK**

50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**

Period Start Date  04/07/2024
Period End Date  04/20/2024
Pay Date  05/02/2024
Document  122394

**Net Pay**  **$1,291.70**

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | | | |
|---|---|---|---|
| Employee Number | 312498 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | Headquarters |
| Job | Deposit Ops Item Pro Spec | Region | PAREG - PENNSYLVANIA |
| Pay Rate | $24.4007 | Division | D04000 - OPERATIONS |
| Pay Frequency | Biweekly | Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | $0.0000 | $0.00 | $195.21 |
| GTL Imputed Inc | | | $2.16 | $19.32 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 1.7500 | $36.6011 | $64.05 | $291.47 |
| Paid Time Off | 8.0000 | $24.4007 | $195.21 | $579.94 |
| Regular Pay | 71.7500 | $24.4007 | $1,750.75 | $15,962.49 |

**Total Hours**  81.5000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $34.18 | $307.62 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $60.30 | $528.43 | $0.00 | $0.00 |
| Dental | Yes | $11.17 | $100.53 | $26.06 | $234.54 |
| EE Sup Life | No | $6.78 | $61.02 | $0.00 | $0.00 |
| Group Term Life | No | $2.16 | $19.32 | $0.00 | $0.00 |
| Medical | Yes | $182.24 | $1,621.20 | $657.61 | $5,943.01 |
| Vision | Yes | $4.12 | $37.08 | $0.00 | $0.00 |
| Vol Child Life | No | $0.37 | $3.33 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $60.30 | $528.43 |
| Basic EE Life | No | $0.00 | $0.00 | $2.50 | $22.42 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.71 | $6.37 |
| Basic LTD | No | $0.00 | $0.00 | $3.14 | $28.17 |
| Basic STD | No | $0.00 | $0.00 | $5.27 | $47.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $154.06 | $1,333.46 |
| Employee Medicare | $26.31 | $230.19 |
| Social Security Employee Tax | $112.51 | $984.27 |
| PA State Income Tax | $55.64 | $486.77 |
| PHILA NR | $69.22 | $606.62 |
| PA Unemployment Employee | $1.41 | $12.34 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $1,291.70 |
| Total | | $1,291.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,012.17 | $1,754.34 | $419.15 | $301.32 | **$1,291.70** |
| YTD | $17,634.06 | $15,346.82 | $3,653.65 | $2,678.53 | $11,301.88 |

**REPUBLIC BANK**

50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/21/2024 |
| Period End Date | 04/26/2024 |
| Pay Date | 05/02/2024 |
| Document | 123186 |

**Net Pay**  **$844.43**

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 312498 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | Headquarters |
| Job | Deposit Ops Item Pro Spec | Region | PAREG - PENNSYLVANIA |
| Pay Rate | $24.4007 | Division | D04000 - OPERATIONS |
| Pay Frequency | Biweekly | Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | $0.0000 | $0.00 | $195.21 |
| GTL Imputed Inc | 0.0000 | $0.0000 | $0.00 | $19.32 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 3.6000 | $36.6011 | $131.76 | $423.23 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $1,824.38 |
| Regular Pay | 40.0000 | $24.4007 | $976.03 | $16,938.52 |

**Total Hours** 43.6000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $0.00 | $307.62 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $33.23 | $598.99 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $100.53 | $0.00 | $234.54 |
| EE Sup Life | No | $0.00 | $61.02 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $19.32 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $1,621.20 | $0.00 | $5,943.01 |
| Vision | Yes | $0.00 | $37.08 | $0.00 | $0.00 |
| Vol Child Life | No | $0.00 | $3.33 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $33.23 | $598.99 |
| Basic EE Life | No | $0.00 | $0.00 | $0.00 | $22.42 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.00 | $6.37 |
| Basic LTD | No | $0.00 | $0.00 | $0.00 | $28.17 |
| Basic STD | No | $0.00 | $0.00 | $0.00 | $47.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $72.49 | $1,494.34 |
| Employee Medicare | $16.06 | $264.30 |
| Social Security Employee Tax | $68.68 | $1,130.10 |
| PA State Income Tax | $34.01 | $558.98 |
| PHILA NR | $38.11 | $687.54 |
| PA Unemployment Employee | $0.78 | $13.99 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $844.43 |
| Total | | $844.43 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,107.79 | $1,074.56 | $230.13 | $33.23 | **$844.43** |
| YTD | $19,986.29 | $17,628.49 | $4,149.25 | $2,749.09 | $13,087.95 |

**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/26/2024 |
| Period End Date | 04/28/2024 |
| Pay Date | 05/02/2024 |
| Document | 123457 |
| **Net Pay** | **$287.25** |

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 312498 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | Headquarters |
| Job | Deposit Ops Item Pro Spec | Region | PAREG - PENNSYLVANIA |
| Pay Rate | $24.4007 | Division | D04000 - OPERATIONS |
| Pay Frequency | Biweekly | Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | $0.0000 | $0.00 | $195.21 |
| GTL Imputed Inc | 0.0000 | $0.0000 | $0.00 | $19.32 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 9.1500 | $36.6011 | $334.90 | $758.13 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $1,824.38 |
| Regular Pay | 0.0000 | $0.0000 | $0.00 | $16,938.52 |

Total Hours  9.1500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $0.00 | $307.62 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $0.00 | $598.99 | $0.00 | $0.00 |
| Dental | Yes | $0.00 | $100.53 | $0.00 | $234.54 |
| EE Sup Life | No | $0.00 | $61.02 | $0.00 | $0.00 |
| Group Term Life | No | $0.00 | $19.32 | $0.00 | $0.00 |
| Medical | Yes | $0.00 | $1,621.20 | $0.00 | $5,943.01 |
| Vision | Yes | $0.00 | $37.08 | $0.00 | $0.00 |
| Vol Child Life | No | $0.00 | $3.33 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $598.99 |
| Basic EE Life | No | $0.00 | $0.00 | $0.00 | $22.42 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.00 | $6.37 |
| Basic LTD | No | $0.00 | $0.00 | $0.00 | $28.17 |
| Basic STD | No | $0.00 | $0.00 | $0.00 | $47.28 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $1,494.34 |
| Employee Medicare | $4.85 | $269.15 |
| Social Security Employee Tax | $20.77 | $1,150.87 |
| PA State Income Tax | $10.28 | $569.26 |
| PHILA NR | $11.52 | $699.06 |
| PA Unemployment Employee | $0.23 | $14.22 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $287.25 |
| Total | | $287.25 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $334.90 | $334.90 | $47.65 | $0.00 | **$287.25** |
| YTD | $20,321.19 | $17,963.39 | $4,196.90 | $2,749.09 | $13,375.20 |

**REPUBLIC BANK**

50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/24/2024 |
| Period End Date | 04/06/2024 |
| Pay Date | 04/18/2024 |
| Document | 121950 |
| **Net Pay** | **$1,233.12** |

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 312498 | Pay Group | All Employees |
| SSN | XXX-XX-XXXX | Location | Headquarters |
| Job | Deposit Ops Item Pro Spec | Region | PAREG - PENNSYLVANIA |
| Pay Rate | $24.4007 | Division | D04000 - OPERATIONS |
| Pay Frequency | Biweekly | Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | $0.0000 | $0.00 | $195.21 |
| GTL Imputed Inc | | | $2.16 | $17.16 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 0.5000 | $36.6011 | $18.30 | $227.42 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $384.73 |
| Regular Pay | 78.2500 | $24.4007 | $1,909.35 | $14,211.74 |

**Total Hours** 78.7500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $34.18 | $273.44 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $57.83 | $468.13 | $0.00 | $0.00 |
| Dental | Yes | $11.17 | $89.36 | $26.06 | $208.48 |
| EE Sup Life | No | $6.78 | $54.24 | $0.00 | $0.00 |
| Group Term Life | No | $2.16 | $17.16 | $0.00 | $0.00 |
| Medical | Yes | $182.24 | $1,438.96 | $657.61 | $5,285.40 |
| Vision | Yes | $4.12 | $32.96 | $0.00 | $0.00 |
| Vol Child Life | No | $0.37 | $2.96 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $57.83 | $468.13 |
| Basic EE Life | No | $0.00 | $0.00 | $2.50 | $19.92 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.71 | $5.66 |
| Basic LTD | No | $0.00 | $0.00 | $3.14 | $25.03 |
| Basic STD | No | $0.00 | $0.00 | $5.27 | $42.01 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $144.47 | $1,179.40 |
| Employee Medicare | $25.12 | $203.88 |
| Social Security Employee Tax | $107.40 | $871.76 |
| PA State Income Tax | $53.11 | $431.13 |
| PHILA NR | $66.39 | $537.40 |
| PA Unemployment Employee | $1.35 | $10.93 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $1,233.12 |
| Total | | $1,233.12 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,929.81 | $1,674.45 | $397.84 | $298.85 | **$1,233.12** |
| YTD | $15,621.89 | $13,592.48 | $3,234.50 | $2,377.21 | $10,010.18 |

# REPUBLIC BANK

50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/10/2024 |
| Period End Date | 03/23/2024 |
| Pay Date | 04/04/2024 |
| Document | 121444 |

**Net Pay**  $1,254.82

## Pay Details

**Jennifer Moser**
62 Leisure Lane
Levittown, PA 19054
USA

| | |
|---|---|
| Employee Number | 312498 |
| SSN | XXX-XX-XXXX |
| Job | Deposit Ops Item Pro Spec |
| Pay Rate | $24.4007 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | All Employees |
| Location | Headquarters |
| Region | PAREG - PENNSYLVANIA |
| Division | D04000 - OPERATIONS |
| Department | 4200 - DEPOSIT OPERATIONS |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 8.0000 | $24.4007 | $195.21 | $195.21 |
| GTL Imputed Inc | | | $2.16 | $15.00 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $585.63 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $209.12 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $384.73 |
| Regular Pay | 72.2500 | $24.4007 | $1,762.95 | $12,302.39 |

**Total Hours** 80.2500

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401k Loan | No | $34.18 | $239.26 | $0.00 | $0.00 |
| 401K Pre-Tax | Yes | $58.74 | $410.30 | $0.00 | $0.00 |
| Dental | Yes | $11.17 | $78.19 | $26.06 | $182.42 |
| EE Sup Life | No | $6.78 | $47.46 | $0.00 | $0.00 |
| Group Term Life | No | $2.16 | $15.00 | $0.00 | $0.00 |
| Medical | Yes | $182.24 | $1,256.72 | $657.61 | $4,627.79 |
| Vision | Yes | $4.12 | $28.84 | $0.00 | $0.00 |
| Vol Child Life | No | $0.37 | $2.59 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $58.74 | $410.30 |
| Basic EE Life | No | $0.00 | $0.00 | $2.50 | $17.42 |
| Basic Emp AD&D | No | $0.00 | $0.00 | $0.71 | $4.95 |
| Basic LTD | No | $0.00 | $0.00 | $3.14 | $21.89 |
| Basic STD | No | $0.00 | $0.00 | $5.27 | $36.74 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $148.02 | $1,034.93 |
| Employee Medicare | $25.56 | $178.76 |
| Social Security Employee Tax | $109.30 | $764.36 |
| PA State Income Tax | $54.05 | $378.02 |
| PHILA NR | $67.44 | $471.01 |
| PA Unemployment Employee | $1.37 | $9.58 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx2768 | Checking | $1,254.82 |
| Total | | $1,254.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,960.32 | $1,704.05 | $405.74 | $299.76 | **$1,254.82** |
| YTD | $13,692.08 | $11,918.03 | $2,836.66 | $2,078.36 | $8,777.06 |