**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Jennifer E Moser | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 24-11765 PMM |

## AMENDED PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Recommendation for Confirmation filed in error January 21, 2025. Docket entry #29.

Respectfully submitted,

/s/ Kenneth E. West, Esq

January 21, 2025

Kenneth E. West
Chapter 13 Standing Trustee